# Court of Appeals
# of the State of Georgia

ATLANTA, August 08, 2023

*The Court of Appeals hereby passes the following order*

**A23I0269. SHARMA HOSPITALITY, LLC et al v. JEFF DONALD ELLIS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUV2021000524



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, August 08, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*